AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

CAITLIN MAHONEY )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. cv-14-4131
AMEKK CORP. d/b/a CYPRUS AVENUE, )
A & O CORP. d/b/a BLACK SHEEP PUB, )
52 5TH AVENUE CORP., ANTHONY MCERLAIN, )
individually; and ADAM SMITH, individually. )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Anthony McErlain
200 21st St. # 4A
Brooklyn, NY 11232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Law Offices of Gail I. Auster & Associates, PC
17 Battery Place, Suite 711
New York, NY 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*