UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

CAITLIN MAHONEY,

       Plaintiff,      Index No. cv-14-4131

                MOTION FOR
                **DEFAULT JUDGMENT**

- against -

AMEKK CORP. d/b/a CYPRUS AVENUE,
A&O CORP. d/b/a BLACK SHEEP PUB,
52 5th AVENUE CORP.; and
ANTHONY McERLAIN, individually.

       Defendants.
_____

  Plaintiff Caitlin Mahoney hereby moves the Court pursuant to Federal Rule of Civil Procedure 55(b) and Local Civil Rule 55.2 to enter default judgment in favor of Plaintiff against Defendants **AMEKK CORP. d/b/a CYPRUS AVENUE, A&O CORP. d/b/a BLACK SHEEP PUB, 52 5th AVENUE CORP. and ANTHONY McERLAIN, individually**, on the grounds that said Defendants failed to answer or otherwise defend against the Complaint.

Dated: New York, New York
   March 21, 2016

                THE LAW OFFICES OF
                GAIL I. AUSTER & ASSOCIATES, P.C.

                _____
                Gail I. Auster, Esq.
                17 Battery Place, Suite # 711
                New York, NY 10004
                (212)864-3461 office
                (914)707-4000 cell
                *Attorneys for Plaintiff*

TO: AMEKK CORP. d/b/a CYPRUS AVENUE located at 52 5th Ave., Brooklyn, N.Y. 11217
    A&O CORP. d/b/a BLACK SHEEP PUB located at 428 Bergen St., Brooklyn, N.Y. 11217
    52 5th AVENUE CORP. located at 52 5th Ave., Brooklyn, N.Y. 11217
    ANTHONY McERLAIN, individually, located at 200 21st St., Brooklyn, N.Y. 11232